**Fill in this information to identify the case:**

Debtor name: Reagor-Dykes Amarillo, LP
United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS
Case number (if known): 18-50216

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A&R Plumbing P.O. Box 3447 Amarillo, TX 79116 | 806-372-1572 | Professional Services | | | | $602.97 |
| Advantage Supply P.O. Box 471103 Fort Worth, TX 76147 | 800-280-1846 | Office Supplies | | | | $926.56 |
| Airgas USA, LLC P.O. Box 676015 Dallas, TX 75267-6015 | 800-255-2165 | Supplies | | | | $896.04 |
| Alsco 404 N. University Ave. Lubbock, TX 79415 | Jim McIntire jmcintire@alsco.com 806-762-8751 | Laundry Service | | | | $809.87 |
| American Tire Distributors 9151 S. Georgia St. Amarillo, TX 79118 | 704-992-2000 | Tires | | | | $486.60 |
| Bob Howard Parts Distribution 3501 N. Santa Fe Oklahoma City, OK 73118 | 405-753-8770 | Parts | | | | $1,926.68 |
| Caprock Marketing LLC P.O. Box 6447 Lubbock, TX 79493 | 806-771-1223 | Professional Services | | | | $611.75 |
| CDK Global P.O. Box 88921 Chicago, IL 60695-1921 | 847-397-1700 | Professional Services | | | | $568.31 |
| Chestersweb.Com 10300 S. Georgia Amarillo, TX 79118 | 806-235-1570 | Office Supplies | | | | $448.69 |

Debtor   **Reagor-Dykes Amarillo, LP**
Name

Case number *(if known)*   18-50216

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Dallas Dodge<br>11550 LBJ Fwy.<br>Dallas, TX 75238 | 214-319-1265 | Parts | | | | $1,093.71 |
| Ford Motor Credit Co.<br>9009 Carothers Parkway<br>Franklin, TN 37067 | Keith Langley<br>klangley@l-llp.com<br>214-722-7171 | Vehicles and Titles | | $9,525,760.00 | $7,125,049.00 | $2,400,711.00 |
| Greg Lair<br>P.O. Box 510<br>Canyon, TX 79015 | 806-553-5706 | Repairs | | | | $586.38 |
| James Burgess<br>7814 Farrell<br>Amarillo, TX 79121 | 806.433.9448 | Driver Service and Expense Reimbursement | | | | $1,457.81 |
| Lamar Companies<br>P.O. Box 96030<br>Baton Rouge, LA 70896 | 225-926-1000 | Advertising | | | | $2,225.00 |
| Marcella Richardson<br>2015 Ron Dr.<br>Amarillo, TX 79107 | 806-410-6220 | Driver Services & Expense Reimbursement | | | | $1,225.09 |
| Quality Vending<br>1000 S.E. 6th<br>Amarillo, TX 79105 | 806-379-8584 | Supplies | | | | $472.79 |
| Reynolds and Reynolds<br>P.O. Box 182206<br>OK 73218-2206 | 937-485-2000 | Professional Services | | | | $5,265.04 |
| Safety Kleen<br>P.O. Box 650509<br>Dallas, TX 75265 | 800-523-5040 | Professional Services | | | | $783.26 |
| Steve Dickey<br>402 NE 6th<br>Tulia, TX 79088 | 806.994.8524 | Driver Services & Expense Reimbursement | | | | $1,173.50 |
| Windshields Unlimited Inc.<br>4004 SW 34th Ave.<br>Amarillo, TX 79109 | 806-359-1618 | Professional Services | | | | $1,025.00 |